(121 So. 907)

Mose HORTON v. STATE. (8 Div. 100.)

Supreme Court of Alabama. April 18, 1929.

Fred Wall and Thos. C. Pettus, both of Athens, for petitioner.

Charlie C. McCall, Atty. Gen., for the State.

PER CURIAM. Petition of Mose Horton for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Horton v. State, 121 So. 906.

Writ denied on authority of Postal Telegraph-Cable Co. v. Minderhout, 195 Ala. 420, 71 So. 91.

ANDERSON, C. J., and GARDNER, BOULDIN, and FOSTER, JJ., concur.